FILED
CLERK, U.S. DISTRICT COURT

DEC - 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOSE SALAZAR,                        )
                                     )
              Petitioner,            )  Case No. CV 07-6874 DOC (AJW)
                                     )
         v.                          )
                                     )  ORDER ADOPTING REPORT AND
NICK DAWSON, WARDEN,                 )  RECOMMENDATION OF
                                     )  MAGISTRATE JUDGE
              Respondent.            )
_____      )

     Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed.  The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

     DATED:   _December 2, 2009_

                              _David O. Carter_
                              David O. Carter
                              United States District Judge