FILED
CLERK, U.S. DISTRICT COURT

DEC − 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSE SALAZAR, | ) | Case No. CV 07-6874-DOC (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| NICK DAWSON, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: December 2, 2009

_David O. Carter_
David O. Carter
United States District Judge